SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
MORGAN P. FORSEY, Cal. Bar No. 241207
BRETT D. YOUNG, Cal. Bar No. 305657
BRIANNA S. WILSON, Cal. Bar No. 316730
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E mail       tkennedy@sheppardmullin.com
             mforsey@sheppardmullin.com
             byoung@sheppardmullin.com
             bswilson@sheppardmullin.com

Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIYANNA TERRY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:23-cv-00963-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER AS MODIFIED RE STIPULATION TO STAY ACTION PENDING ARBITRATION** |

# ORDER

The Court, having read and reviewed the Parties' Stipulation, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. The parties will arbitrate the claims pending in this action pursuant to, and consistent with, the arbitration agreement between them;

2. This action shall be stayed pending arbitration between Plaintiff and Defendant; and

3. United States District Court for the Northern District of California shall retain jurisdiction of this action until the arbitration has been resolved and a stipulation for dismissal has been filed with the Court.

4. The parties shall file a status report with the Court every 120 days from the date of this order explaining the progress of the arbitration proceeding, and shall notify the Court within 48 hours of the completion of arbitration.

Dated: 4/17/2023

*/s/ Haywood S. Gilliam, Jr.*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT