Mark L. Venardi (SBN 173140)
mvenardi@vzlawfirm.com
Martin Zurada (SBN 218235)
mzurada@vzlawfirm.com
VENARDI ZURADA LLP
101 Ygnacio Valley Road, Suite 100
Walnut Creek, CA 94596
Telephone: (925) 937-3900

Attorneys for Plaintiff
QUIYANNA TERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIYANNA TERRY, an individual<br><br>Plaintiff,<br><br>vs<br><br>STARBUCKS CORPORATION, a Washington Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:23-cv-00963-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 26, 2023<br>District Court Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the stipulation of the parties and for good cause shown, this case is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear their own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/4/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

**ORDER OF DISMISSAL WITH PREJUDICE**
CASE NO.: 4:23-cv-00963-HSG